**FILED**
SEP 19 2017
DAVID CREWS, CLERK
BY /s/ _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 4:17CR 115
                                                 18 U.S.C. § 1512

WALTER GRANT

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 13, 2013, in the Northern District of Mississippi, WALTER GRANT, did knowingly engage in misleading conduct toward another person, and did attempt to do so, with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission or possible commission of a federal civil rights offense, to wit, after shooting Willie Bingham, Jr., WALTER GRANT placed a stick or baton by the body of Willie Bingham, Jr., in order to mislead investigators into believing that Willie Bingham, Jr., had possessed the item prior to WALTER GRANT shooting Willie Bingham, Jr., in order to justify the shooting, all in violation of Title 18, United States Code, Section 1512 (b)(3).

A TRUE BILL

_____          /s/redacted signature
ACTING UNITED STATES ATTORNEY         FOREPERSON