RECEIVED
SEP 19 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:17CR 115
    18 U.S.C. § 1512

WALTER GRANT

## PENALTIES

### Count One
### 18 U.S.C. § 1512 (c)

| | |
|---|---|
| Not more than 20 years imprisonment | 18 U.S.C. § 1512 (b)(3); |
| Not more than $250,000 fine | 18 U.S.C. § 3571(B)(3); |
| Not more than three years supervised release | 18 U.S.C. § 3583(b)(2); and |
| Mandatory $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |