# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO. 4:17cr115**          **PLACE HELD**:   GREENVILLE, MS

**USA v. WALTER GRANT**

**DATE & TIME BEGAN/ENDED:  10/25/17 @ 11:40 am – 11:45 am**

**TOTAL TIME:  5 Minutes**

**PRESENT:**
### HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE

**Itonia R. Williams**                    **Digital**
**Courtroom Deputy**                  **Official Court Report**

**Attorney for Government:**          **Attorney for Defendant:**
                                                       Azki Shah

**PROCEEDINGS:  Initial Appearance - Arraignment**

**Docket entry:**  Initial Appearance and Arraignment held.  Defendant appeared with retained counsel. Bond set at $10,000.00 unsecured.  Scheduling Order to be entered when trial date is received.

**DAVID CREWS, CLERK**

By:  _____/s/ Itonia R. Williams_____
            Courtroom Deputy