IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CASE NO. 4:17CR115-NBB

WALTER GRANT

## ORDER GRANTING CONTINUANCE

Came on to be considered this day the motion of the defendant requesting the court to continue the trial in this case which is now set to begin on December 11, 2017. Counsel for the defendant requests that the trial be continued to allow for an evaluation of the defendant. The record shows that a Motion for Evaluation has been filed by the defendant [doc. #10] and a Motion for Evaluation has been filed by the government [doc. #11], and that a hearing on the motions is set for December 11, 2017.

The Court finds that the ends of justice will be served by granting said continuance, and that such action outweighs the best interest of the public and the defendant in a speedy trial.

It is therefore **ORDERED** that the trial in this matter be, and the same is continued. The time from the filng of the Motions for Evaluations in this case until such time as it is fully resolved by the Court is hereby excluded from all computations relative to the Speedy Trial Act pursuant to 18 §§ 3161(h)(7)(A) and 3161(h)(7)(A).

**ORDERED AND ADJUDGED** this, the 4th day of December, 2017.

_/s/ Neal Biggers_____
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**