UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES – MOTION HEARING

**USA**

**v.**                                              CASE NO. 4:17cr115-NBB

**WALTER GRANT**

Date and Time Began:  December 11, 2017 -  2:30 PM
Date and Time Ended:  December 11, 2017 -  2:45 PM

TOTAL TIME:  15 minutes

**PRESENT:**

HONORABLE NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE

Karen Tidwell                                          Rita Young
**Courtroom Deputy Clerk**                             **Official Court Reporter**

**ATTORNEYS FOR GOVERNMENT:**           **ATTORNEY FOR DEFENDANT:**
Robert J. Mims                          Azki Shah
Dana Mulhauser

**PROCEEDINGS:**  Hearing on Restricted Motion [docket no. 10] and Restricted Motion [docket no. 11].  Order to follow.

**DAVID CREWS**

By /s/ Karen Tidwell
   Courtroom Deputy Clerk